ORDER:
Motion granted. The Plaintiff has 20 days from the date of entry of this Order to respond to Defendant's Discovery Requests and schedule his deposition.

*E. Clifton Knowles*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| PATRICK ROAN ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:12-cv-00982 |
| ) | |
| **SONIC RESTAURANTS, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS, PLAINTIFF'S DEPOSITION AND FOR SANCTIONS FOR PLAINTIFF'S REFUSAL TO RESPOND TO DISCOVERY REQUESTS AND/OR ATTEND HIS DEPOSITION

Defendant Sonic Restaurants, Inc. (hereinafter "Sonic"), files its Motion to Compel Plaintiff's Responses to Defendant's Discovery Requests, Plaintiff's Deposition and for Sanctions for Plaintiff's Refusal to Respond to Discovery Requests or Attend his Deposition. Pursuant to Rules 37 and 41(b) of the Federal Rules of Civil Procedure, Defendant seeks dismissal of this matter, or in the alternative, an order compelling discovery and extending the dispositive motion deadline. Additionally, Defendant seeks costs and attorneys' fees it has incurred in pursuing this action. Defendant's Memorandum in Support/Written Statement of Matters at Issue in Discovery Dispute is attached hereto.

Defendant certifies that it has, in good faith, conferred with Plaintiff (who is proceeding pro se ) in an attempt to secure Plaintiff's responses to said discovery requests and his deposition without this Court's intervention. Defendant's efforts have been unsuccessful.